460 A.2d 868

Kopchak, et ux., Appellants v. Springer, et al.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

The decree of November 30, 1981 is affirmed.

460 A.2d 868

Merrill Natural Resources v. Odell, Appellants.

Before CAVANAUGH, ROWLEY and MONTGOMERY, JJ.

The order of the lower court is hereby affirmed.